# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATIONSTAR MORTGAGE, LLC, A
DELAWARE LIMITED LIABILITY
COMPANY REGISTERED WITH THE
NEVADA SECRETARY OF STATE,
Appellant,
vs.
QUINGWEN KONG, AN INDIVIDUAL,
Respondent.

No. 72231

FILED

JAN 1 9 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:　Hon. Nancy L. Allf, District Judge
Akerman LLP/Las Vegas
Morris Law Center
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-02702